COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Jason Henry Lathe v. Rachel Lizabeth Lathe

Appellate case number:      01-18-00936-CV

Trial court case number:     17-03-0243-CVA

Trial court:                          County Court at Law of Atacosa County

Appellee, Rachel Lizabeth Lathe, has filed a motion for substitution of counsel, seeking to substitute Tess D. Osborn as counsel on appeal.  Because the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at her last known address, the motion is **DENIED**, without prejudice to refiling.  *See* TEX. R. APP. P. 6.5(b), (d).

By signing the motion, Tess D. Osborn, has appeared as counsel for appellee in this proceeding.  Accordingly, the Clerk of this Court is directed to note Tess D. Osborn's appearance as counsel for appellee on the docket of this Court.  *See* TEX. R. APP. P. 6.2.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                  ☑ Acting individually    ☐ Acting for the Court


Date:  ___July 30, 2019__